ROBERT STOUTENBURGH et al., appellants,

*v*

CARRIE BELLE STOUTENBURGH, respondent.

On appeal from a decree of the chancellor, whose opinion is reported in *Stoutenburgh* v. *Moore, 10 Stew. Eq. 63.*

*Mr. John W. Taylor* and *Mr. Thomas N. McCarter,* for appellants.

*Mr. John Whitehead* and *Mr. H. C. Pitney,* for respondent.

PER CURIAM.

This decree unanimously affirmed, for the reasons given by the chancellor.